UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNESTO GALVEZ and ONDILON GALVEZ DE JESUS, *individually and on behalf of others similarly situated,*<br><br>               Plaintiffs,<br><br>-against-<br><br>#1 ISTANBUL KEBAB HOUSE CORP. (D/B/A ISTANBUL KEBAB HOUSE) and SAODAT USMONOVA,<br><br>               Defendants | 1:20-cv-06332-LGS<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

Plaintiffs ERNESTO GALVEZ and ONDILON GALVEZ DE JESUS, by and through their undersigned counsel, hereby notify the Court that, on or about September 2, 2020, they accepted an Offer of Judgment, extended, pursuant to Rule 68 of the Federal Rules of Civil Procedure, by Defendants #1 ISTANBUL KEBAB HOUSE CORP. (D/B/A ISTANBUL KEBAB HOUSE) and SAODAT USMONOVA, in the amount of fifteen-thousand dollars and zero cents ($15,000.00). Attached hereto as **Exhibit A** is a copy of said Offer of Judgment and proof of service thereof, attached hereto as **Exhibit B** is a copy of the acceptance of said offer, and attached hereto as **Exhibit C** is an affirmation of service of said acceptance.

Dated: September 4, 2020

               /s/ Jordan Gottheim
               Jordan Gottheim
               Michael Faillace & Associates P.C.
               60 East 42nd Street Suite 4510
               New York, NY 10165
               (212) 317-1200 ext. 104
               Cell: (631) 921-5568
               jgottheim@faillacelaw.com

               *Counsel for Plaintiffs*