UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO GALVEZ and ONDILON GALVEZ DE JESUS, *individually and on behalf of others similarly situated,*

                  Plaintiffs,

-against-

#1 ISTANBUL KEBAB HOUSE CORP. (D/B/A ISTANBUL KEBAB HOUSE) and SAODAT USMONOVA,

                  Defendants

1:20-cv-06332-LGS

**PROPOSED JUDGMENT**

WHEREAS on or about August 31 2020, Defendants #1 ISTANBUL KEBAB HOUSE CORP. (D/B/A ISTANBUL KEBAB HOUSE) and SAODAT USMONOVA extended to Plaintiffs ERNESTO GALVEZ and ONDILON GALVEZ DE JESUS an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of fifteen-thousand dollars and zero cents ($15,000.00), and whereas said Plaintiffs accepted said offer on or about September 2, 2020,

JUDGMENT is entered in favor said Plaintiffs against said Defendants in the amount of fifteen-thousand dollars and zero cents ($15,000.00).

Dated:  New York, New York

       _____, 2020.

                                          _____
                                          LORNA G. SCHOFIELD, U.S.D.J.